Charles S. WOODRUFF, Appellant,

v.

SCHERING CORPORATION and Aetna
Casualty and Surety Company and
Globe Indemnity Co., Appellees.

No. 20617.

United States Court of Appeals
Fifth Circuit.

Dec. 20, 1963.

Rehearing Denied Jan. 27, 1964.

Arthur Cobb, Baton Rouge, La., for appellant.

Edward W. Gray, W. P. Macmurdo, J. H. Percy, Jr., of Percy, Macmurdo & Gray, Baton Rouge, La., for Schering Corporation and Globe Indemnity Co.

F. W. Middleton, Jr., Baton Rouge, La., Taylor, Porter, Brooks, Fuller & Phillips, Baton Rouge, La., for Aetna Casualty and Surety Co.

Before RIVES and CAMERON, Circuit Judges, and HUNTER, District Judge.

PER CURIAM.

The unsuccessful plaintiff, recognizing the adequacy of the record to support the jury verdict against him, seeks a reversal because of alleged erroneous instructions. We have carefully examined the Court's instructions and find them free from prejudicial error.

After a hard fought trial, the jury, with ample evidence and the opportunity to observe the witnesses, resolved the issues of negligence in favor of defendant. Appellant's contentions are without merit. The judgment is

Affirmed.